IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02224-RPM

RONI LEVINE,

     Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, d/b/a COUNTRYWIDE BANK, FSB,

     Defendant.

---

## ORDER STRIKING CASE FROM THE CALENDAR CALL

Defendant having filed a motion for summary judgment, it is

ORDERED that this case is stricken from the October 2, 2009, Calendar Call.

Dated: September 17th, 2009

          BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior District Judge