IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02224-RPM

RONI LEVINE,

    Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, d/b/a COUNTRYWIDE BANK, FSB,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW

Upon consideration of the Motion to Withdraw as Counsel [16], it is

ORDERED that the motion is granted. P. Christian Wolf has no further responsibility as counsel for defendant in this case and the Clerk is directed to terminate his electronic service in this matter.

Dated: October 8th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge