IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02224-RPM

RONI LEVINE,

    Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, d/b/a COUNTRYWIDE BANK, FSB,

    Defendant.

---

## ORDER DENYING MOTION TO AMEND JUDGMENT

---

Upon considering the Motion to Amend Judgment Pursuant to Fed.R.Civ.P. 59(e), filed April 26, 2010, the Court finds and concludes that assuming the applicability of the Colorado Statute C.R.S. § 13-17-102, the filing of the complaint in this case does not warrant the grant of attorney's fees as an action that is frivolous, groundless, vexatious or malicious. It is therefore

ORDERED that the motion is denied.

Dated: April 28th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge